UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____  / McALILEY

21 U.S.C. § 841(a)(1)
21 U.S.C. § 856(b)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ISAAC HICKS and
APRIL JOHNSON,

           Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 30, 2003, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ISAAC HICKS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

On or about May 30, 2003, in Broward County, in the Southern District of Florida, the defendants,

**ISAAC HICKS and
APRIL JOHNSON,**

did knowingly and intentionally manage and control a place, that is, the premises located at 11780 S.W. 24th Street, Miramar, Florida, as an owner, lessee, agent, and occupant, and did knowingly and intentionally rent, lease, profit from, and make available for use that place for the purpose of unlawfully manufacturing, storing, distributing, and using a controlled substance, that is, cocaine, in violation of Title 21, United States Code, Section 856(b), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 and 2 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of either of the violations alleged in Counts 1 and 2, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property which

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ISAAC HICKS

Case No: _____

Count #: 1

Possession with intent to distribute cocaine

Title 21, United State Code, Section 846

*Max.Penalty:   40 years' imprisonment

Count #: 2

Maintaining drug-involved premises

Title 21, United State Code, Section 856(b)

*Max. Penalty:   20 years' imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: APRIL JOHNSON

Case No: _____

Count #: 2

Maintaining drug-involved premises

Title 21, United State Code, Section 856(b)

\* Max.Penalty:   20 years' imprisonment

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
GERALD GREENBERG
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ISAAC HICKS and
APRIL JOHNSON,

Defendants.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division:** (Select One)

___ Miami  ___ Key West
_X_ FTL    ___ WPB    ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No
   List language and/or dialect

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days       _X_         Petty       ___
   II   6 to 10 days      ___         Minor       ___
   III  11 to 20 days     ___         Misdem.     ___
   IV   21 to 60 days     ___         Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the   _____  District of  _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No
   If yes, was it pending in the Central Region?   ___ Yes  ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ___ Yes  _X_ No

                                                    _____
                                                    GERALD GREENBERG
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Florida Bar No. 0440094

*Penalty Sheet(s) attached                                            REV.1/14/04